IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Cincinnati Insurance Company,           :

           Plaintiff,           :

                       Case No. C-1-00-965

      v.           :

                       Judge Spiegel

SHANTRAN LOGISTICS, INC.           :
 d/b/a Shan-Tran Logistics, et al.,                       Magistrate Judge Perleman
                       :
          Defendants.           :

## MOTION FOR DEFAULT JUDGMENT AND JUDGMENT ON THE PLEADINGS

Plaintiff Cincinnati Insurance Company moves the Court for a judgment by default against Defendants Shantran Logistics, Inc., Victor W. Bosnich, T.E.M. Transport, Inc., Equity Trucking Company, TL Express, Sievers Truck Service, Inc., TCT Trucking, Inc., R&M Trucking, LC, Clark Companies, Expediter Freight System, Inc., JRC Transportation, Inc., B-Right Trucking Company, R.B.R. Trucking, Inc., Triple LLL, Inc., Dunlap Trucking, LLC, A&V Trucking of NW Florida, Inc., DaRan, Inc., Quick Silver Express, Inc., H Trucking, Inc., Polo Trucking, Inc., Frueh Transportation, Inc., Fisher Trucking & Lumber Co., Inc., Ellis Steel Company, Inc., Transit Services, Inc., Steel City Transport, Inc., and Specialized Hauling, Inc. (collectively the Defaulting Defendants), for the reason that the Defaulting Defendants have failed to plead or otherwise defend or appear in this action.  Plaintiff moves the Court for judgment on the pleadings distributing assets KP Carriers, Inc. and Plaintiff as the only two claimants that have appeared in this case.  The grounds for these motions are set forth in the attached memorandum in support.

*/s/ William H. Woods*
William H. Woods, Trial Attorney (0006748)
Jonathan M. Bryan  (0065032)
**McNamara and McNamara, L.L.P.**
88 East Broad Street, Suite 1250
Columbus, Ohio 43215
(614) 228-6131/(614) 228-6126 (Fax)
Attorneys for Plaintiff Cincinnati Insurance
Company

## MEMORANDUM IN SUPPORT

Plaintiff originally filed this action on November 16, 2000.  Plaintiff filed its First

Amended Complaint on February 2, 2001 and its Second Amended Complaint on

September 20, 2002.  The Defaulting Defendants have all been properly served.  The

Defaulting Defendants have failed to plead or otherwise defend or appear as required

by the Ohio Rules of Civil Procedure.  After being properly served, Defendants Triple

LLL, Inc., Ellis Steel Company, Inc., Sievers Truck Service, Inc., and Polo Trucking, Inc.

sent letters to counsel for Plaintiff.  Copies of those letters are attached hereto.

However, those Defendants did not file Answers or appear through an attorney in this

case.  Therefore, Plaintiff is entitled to a default foreclosing and barring the Defaulting

Defendants' claims against Plaintiff.

Defendant KP Carriers, Inc. filed its Answer on or about March 23, 2001,

asserting that it is entitled to judgment in the amount of $350.00.  KP Carriers' claim is

unopposed.  In its Complaint, Plaintiff demanded a refund of any funds not ordered by

this Court to be disbursed to the Defendants.  Therefore, Plaintiff requests a judgment

on the pleadings ordering $350.00 disbursed to KP Carriers, and the balance, less

poundage, to be disbursed to Plaintiff.

Respectfully submitted,


*/s/ William H. Woods*
William H. Woods, Trial Attorney (0006748)
Jonathan M. Bryan  (0065032)
McNamara and McNamara, L.L.P.
88 East Broad Street, Suite 1250
Columbus, Ohio 43215
(614) 228-6131/(614) 228-6126 (Fax)
Attorneys for Plaintiff Cincinnati Insurance
Company

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served by first class, U.S. Mail, postage prepaid, on the __1st__ day of March, 2004, upon the following parties:

Ronnie A. Phillips, Esq.
Ronnie A. Phillips, Ltd.
P.O. Box 787
Fordyce, AR 71742
*Attorney for KP Carriers, Inc.*

Donald H. Molstad, Esq.
Molstad Law Firm
505 6th Street, Suite 308
Sioux City, IA 51101
*Attorney for Ricky G. Richard*
*f/d/b/a R&M Trucking*

Shantran Logistics, Inc.
d/b/a Shan-Tran Logistics
c/o Mike McDevitt
3392 Hickory Creek Drive
Cincinnati, OH 45244

Mike McDevitt
3392 Hickory Creek Drive
Cincinnati, OH 45244

Victor W. Bosnich
P.O. Box 96101
Houston, TX 77213-6101

T.E.M. Transport, Inc.
c/o Timothy E. Mitchell, Statutory Agent
644 Road 515
Rienzi, MS 38865

Equity Trucking Company
P.O. Box 370
Channelview, TX 77530-0370

TL Express
c/o Triple Lady's Agency, Inc.,
Statutory Agent
26801 Fargo Avenue
Bedford Heights, OH 44146-1338

Sievers Truck Service, Inc.
c/o Herbert C. Sievers,
Statutory Agent
700 South Madison
Staunton, IL 62088

TCT Trucking, Inc.
c/o David Dossett, President
233 West Carr Drive
LaFollette, TN 37766

Clark Companies
P.O. Box 8126, Mitchell Branch
Granite City, IL 62040

Expediter Freight System, Inc.
c/o David Kaufman,
Statutory Agent
581 South Rangeline Road
Carmel, IN 46032

JRC Transportation, Inc.
c/o Raymond M. Cappella,
Statutory Agent
48 Maple Avenue
Thomaston, CT 06787

B-Right Trucking Company
c/o Gregory J. Gibson,
Statutory Agent
945 Boardman Canfield Road #8
Youngstown, OH 44512

R.B.R. Trucking, Inc.
c/o Barbara McArdle,
Statutory Agent
12711 Cortland Lane
Roscoe, IL 61073

Triple LLL, Inc.
c/o Maurice Long, President
1051 North State Road 15
Wabash, IN 46992

Dunlap Trucking, LLC
c/o Mark Weaver,
Statutory Agent
205 East 4th Street
Salem, MO 65560

A & V Trucking of NW Florida, Inc.
P.O. Box 14
Cantonment, FL 32533

DaRan, Inc.
c/o Randall Hanson, CEO
13520 Oakwood Road
Zimmerman, MN 55398

Quick Silver Express, Inc.
c/o Systran Financial Services Corp.
P.O. Box 3289
Portland, OR 97208-3289

H Trucking, Inc.
c/o Richard E. Hansen,
Statutory Agent
96 Curtis Street
Jerseyville, IL 62052-2202

Polo Trucking, Inc.
c/o Lisa K. Polo,
Statutory Agent
RR2, Box 235
Bunker Hill, IL 62014

Frueh Transportation, Inc.
c/o James D. Frueh, President
and Statutory Agent
RR No. 4
Greenville, IL 62246-9804

Fisher Trucking & Lumber Co., Inc.
P.O. Box 840
Rolla, MO 65402

Ellis Steel Company, Inc.
P.O. Box 816
West Point, MS 39773

Transit Services, Inc.
c/o Fred Rahal,
Statutory Agent
502 West Sixth
Tulsa, OK 74119

Specialized Hauling, Inc.
c/o R.P. Sulzbach,
Statutory Agent
5000 South Lewis Boulevard
Sioux City, IA 51106

*/s/ William H. Woods*
William H. Woods

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Cincinnati Insurance Company,                    :

          Plaintiff,                    :

                              Case No. C-1-00-965

          v.                    :

                              Judge Spiegel

SHANTRAN LOGISTICS, INC.                    :
 d/b/a Shan-Tran Logistics, et al.,                    Magistrate Judge Perleman
                            :
          Defendants.                    :

## JUDGMENT ENTRY

This matter came before the Court on the Motion of Plaintiff Cincinnati Insurance Company for Default Judgment and Judgment on the Pleadings.  Defendants Shantran Logistics, Inc., Victor W. Bosnich, T.E.M. Transport, Inc., Equity Trucking Company, TL Express, Sievers Truck Service, Inc., TCT Trucking, Inc., R&M Trucking, LC, Clark Companies, Expediter Freight System, Inc., JRC Transportation, Inc., B-Right Trucking Company, R.B.R. Trucking, Inc., Triple LLL, Inc., Dunlap Trucking, LLC, A&V Trucking of NW Florida, Inc., DaRan, Inc., Quick Silver Express, Inc., H Trucking, Inc., Polo Trucking, Inc., Frueh Transportation, Inc., Fisher Trucking & Lumber Co., Inc., Ellis Steel Company, Inc., Transit Services, Inc., Steel City Transport, Inc., and Specialized Hauling, Inc. (collectively the Defaulting Defendants) have failed to plead or otherwise defend in this action.

Defendant KP Carriers, Inc. has answered and asserted a claim in the amount of $350.00, which is unopposed.  Plaintiff has asserted that any undistributed funds be returned to it.

It is therefore ORDERED, ADJUDGED AND DECREED that judgment is entered against the Defaulting Defendants, who are hereby barred and foreclosed from asserting any claims against Plaintiff.

It is FURTHER ORDERED, ADJUDGED AND DECREED that Defendant KP Carriers, Inc. is entitled to judgment and distribution in the amount of $350.00, and the Clerk is ordered to disburse the amount of $350.00 from the interpled funds to Defendant KP Carriers, Inc.

It is FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff Cincinnati Insurance Company is entitled to judgment and distribution of the remaining funds, and the Clerk is ordered to disburse the amount of $9,650.00, less poundage, from the interpled funds to Plaintiff Cincinnati Insurance Company.

_____
Magistrate Perleman


APPROVED:

*/s/ William H. Woods*_____
William H. Woods

*/s/ Jonathan M. Bryan*_____
Jonathan M. Bryan
McNamara and McNamara, L.L.P.
88 East Broad Street, Suite 1250
Columbus, Ohio 43215
(614) 228-6131/FAX 228-6126
Attorneys for Plaintiff Cincinnati Insurance Company