IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Cincinnati Insurance Company, | : | |
| Plaintiff, | : | |
| | : | Case No. C-1-00-965 |
| v. | : | |
| | : | Judge Spiegel |
| SHANTRAN LOGISTICS, INC. | : | |
| d/b/a Shan-Tran Logistics, et al., | | Magistrate Judge Perleman |
| | : | |
| Defendants. | : | |

**SUPPLEMENT TO MOTION FOR DEFAULT JUDGMENT
AND JUDGMENT ON THE PLEADINGS**

Plaintiff Cincinnati Insurance Company electronically filed its Motion for Default Judgment and Judgment on the Pleadings on March 1, 2004. Plaintiff has discovered that the copies of letters to be attached to such Motion were inadvertently omitted from the filing. Attached to this Supplement and to be considered part of Plaintiff's Motion for Default Judgment and Judgment on the Pleadings are those copies of letters.

In addition to the Defendants named in the Motion for Default Judgment and Judgment on the Pleadings, Defendant Specialized Hauling, Inc. also sent a letter to counsel for Plaintiff after being properly served. That letter is also attached to this Supplement.

/s/ William H. Woods
William H. Woods, Trial Attorney (0006748)
Jonathan M. Bryan  (0065032)
McNamara and McNamara, L.L.P.
88 East Broad Street, Suite 1250
Columbus, Ohio 43215
Phone (614) 228-6131/Fax (614) 228-6126
Counsel for Plaintiff
Cincinnati Insurance Company

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served by first-class U.S. Mail, postage prepaid, on this 5th day of March, 2004, upon the following parties:

Ronnie A. Phillips, Esq.
Ronnie A. Phillips, Ltd.
P.O. Box 787
Fordyce, AR 71742
*Attorney for KP Carriers, Inc.*

Donald H. Molstad, Esq.
Molstad Law Firm
505 6th Street, Suite 308
Sioux City, IA 51101
*Attorney for Ricky G. Richard
f/d/b/a R&M Trucking*

Shantran Logistics, Inc.
d/b/a Shan-Tran Logistics
c/o Mike McDevitt
3392 Hickory Creek Drive
Cincinnati, OH 45244

Mike McDevitt
3392 Hickory Creek Drive
Cincinnati, OH 45244

Victor W. Bosnich
P.O. Box 96101
Houston, TX 77213-6101

T.E.M. Transport, Inc.
c/o Timothy E. Mitchell, Statutory Agent
644 Road 515
Rienzi, MS 38865

Equity Trucking Company
P.O. Box 370
Channelview, TX 77530-0370

TL Express
c/o Triple Lady's Agency, Inc.,
Statutory Agent
26801 Fargo Avenue
Bedford Heights, OH 44146-1338

Sievers Truck Service, Inc.
c/o Herbert C. Sievers,
Statutory Agent
700 South Madison
Staunton, IL 62088

TCT Trucking, Inc.
c/o David Dossett, President
233 West Carr Drive
LaFollette, TN 37766

Clark Companies
P.O. Box 8126, Mitchell Branch
Granite City, IL 62040

Expediter Freight System, Inc.
c/o David Kaufman,
Statutory Agent
581 South Rangeline Road
Carmel, IN 46032

JRC Transportation, Inc.
c/o Raymond M. Cappella,
Statutory Agent
48 Maple Avenue
Thomaston, CT 06787

B-Right Trucking Company
c/o Gregory J. Gibson,
Statutory Agent
945 Boardman Canfield Road #8
Youngstown, OH 44512

R.B.R. Trucking, Inc.
c/o Barbara McArdle,
Statutory Agent
12711 Cortland Lane
Roscoe, IL 61073

Triple LLL, Inc.
c/o Maurice Long, President
1051 North State Road 15
Wabash, IN 46992

Dunlap Trucking, LLC
c/o Mark Weaver,
Statutory Agent
205 East 4th Street
Salem, MO 65560

A & V Trucking of NW Florida, Inc.
P.O. Box 14
Cantonment, FL 32533

DaRan, Inc.
c/o Randall Hanson, CEO
13520 Oakwood Road
Zimmerman, MN 55398

Quick Silver Express, Inc.
c/o Systran Financial Services Corp.
P.O. Box 3289
Portland, OR 97208-3289

H Trucking, Inc.
c/o Richard E. Hansen,
Statutory Agent
96 Curtis Street
Jerseyville, IL 62052-2202

Polo Trucking, Inc.
c/o Lisa K. Polo,
Statutory Agent
RR2, Box 235
Bunker Hill, IL 62014

Frueh Transportation, Inc.
c/o James D. Frueh, President
and Statutory Agent
RR No. 4
Greenville, IL 62246-9804

Fisher Trucking & Lumber Co., Inc.
P.O. Box 840
Rolla, MO 65402

Ellis Steel Company, Inc.
P.O. Box 816
West Point, MS 39773

Transit Services, Inc.
c/o Fred Rahal,
Statutory Agent
502 West Sixth
Tulsa, OK 74119

Specialized Hauling, Inc.
c/o R.P. Sulzbach,
Statutory Agent
5000 South Lewis Boulevard
Sioux City, IA 51106


*/s/ William H. Woods*
William H. Woods, Trial Attorney (0006748)