**TRIPLE LLL, INC.**
**1051 North State Road 15**
**Wabash, IN 46992**
**Phone (219) 563-1946**
**Fax (219) 569-0705**

10/12/01

WILLIAM H. WOODS, TRIAL ATTORNEY
LISA WEEKLEY COULTER
McNAMARA AND McNAMARA
88 EAST BROAD STREET, SUITE 1250
COLUMBUS, OHIO

Dear Sir,

Upon review of the second amended complaint for the interpleader, we at Triple LLL, Inc. agree with the amount owed our company. For the record, we do not have any information on the other people involved. We urge prompt settlement of this case.

Sincerely,

Becky Gilleland
Safety Director

RECEIVED OCT 1 7 2001



**ELLIS STEEL COMPANY, INC.**
P.O. Box 816
West Point, Mississippi 39773
601/494-5955

*"SINCE 1927 - SERVING MISSISSIPPI WITH STEEL"*

Structural Steel
Reinforcing Steel
Wire Mesh
Fabrication
Design
Erection

February 28, 2001

WILLIAM H. WOODS, TRIAL ATTORNEY
LISA WEEKLEY COULTER
MCNAMARA AND MCNAMARA
88 EAST BROAD STREET, SUITE 1250
COLUMBUS, OHIO

Dear Sir,

Upon review of the first amended complaint for the interpleader, we at Ellis Steel Co. agree with the amount owed our Co. For the record, we do not have any information on the other people involved. We urge prompt settlement of this case.

Sincerely,

Jimmy Wood

Jimmy Wood



**SIEVERS TRUCK SERVICE, INC**

20586 OLD ROUTE 66

STAUNTON, IL 62088

TELEPHONE: 618-635-5103

FAX: 618-635-5111

MC # 178381

LISA WEEKLEY COULTER (0040225)
MCNAMARA AND MCNAMARA
88 East Broad Street, Suite 1250
Columbus, Ohio 43215

TO WHOM IT MAY CONCERN:

This is a Request of Payment for enclosed Freight Bills from Case #C-1-00-965. Total Amount $1,050.00.

Cincinatti Insurance Company
P.O. Box 145496
Cincinatti, Ohio 45250

V

Shantran Logistics, Inc.
d/b/a Shan-Tran Logistics
c/o Victor Bosnich, Statutory Agent
10200 Interstate 10 #230
Houston, Texas 77029

THANK-YOU

HERB SIEVERS

POLO TRUCKING, INC.
13125 Route 138
Bunker Hill, Ill. 62014

William H. Woods, Trial Attorney
Lisa Weekley Coulter
McNamara and McNamara
88 E. Broad St., Suite 1250
Columbus, Ohio 43215-3558

Feb. 8, 2001

Lisa Weekley Coulter;

This letter is in regards to our phone conversation about the past due balance owed to us by Shantran Logistics, Inc. Attached, you will find copies and information regarding this matter which we hope can be taken care of. We are following directions about information needed to be filled out and sent to you on this Company. If there is anything more that we can do to help settle this account, please let us know.

Sincerely,
Lisa Polo

Lisa Polo/Vice President
Polo Trucking, Inc.

SPECIALIZED HAULING, INC. *Material Haulers*

5000 S. LEWIS BLVD. • SIOUX CITY, IA 51106 • PH (712) 255-7683 • DISPATCH (712) 255-7685 • FAX (712) 233-6024

October 4, 2002

McNamara and McNamara
Clerk of Court
88 East Broad Street, Ste 1250
Columbus, OH 43215

RE: Shan Tran Logistics
Bond Pol# None

We are interested in filing on Shan Tran Logistics Bond Insurance for money they owe us for services we furnished to them. We hauled a load of freight for them from Henderson, Ky to Council Bluffs, IA. Please find a copy of the invoice still owing to us. You can contact me with any questions or further instructions. Thank You.

Yours truly,

Madonna Moss

Madonna Moss
Supervisor