UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Cincinnati Insurance Company, | : | Case No. C-1-00-965 |
| Plaintiff | : | Judge Arthur Spiegel |
| v. | : | |
| Shantran Logistics, Inc. dba Shan-Tran Logistics, Inc., et al., | : | **JUDGMENT ENTRY** |
| Defendants | : | |

**THIS MATTER** being before this Court on the "Motion Of Plaintiff Cincinnati Insurance Company For Default Judgment And Judgment On The Pleadings," and,

**IT APPEARING** that interpleader defendants: T.E.M. Transport, Inc; Equity Trucking Company; TL Express; TCT Trucking, Inc.; R&M Trucking; Clark Companies; Expediter Freight System, Inc.; JRC Transportation, Inc.; B-Right Trucking Company; R.B.R. Trucking, Inc., Quick Silver Express, Inc.; Frueh Transportation, Inc.; Fisher Trucking & Lumber Co., Inc.; Transit Services, Inc.; and Steel City Transport, Inc. have each failed to plead or otherwise defend in this action,

**IT IS HEREBY ORDERED** that judgment is entered against each of these defaulting defendants, and they are barred and foreclosed from asserting any claim against the plaintiff as surety under the ICC Property Brokers Surety Bond issued by it to Shantran Logistics, Inc., in the principal amount of $10,000.00, and,

**IT IS FURTHER ORDERED** that payment be made from the funds on deposit in this

action to interpleader defendants: KP Carriers, Inc. in the sum of $350.00; Triple LLL, Inc., in the sum of $2,550.00; Sievers Truck Service, Inc., in the sum of $1,050.00; Polo Trucking, Inc., in the sum of $466.00; Ellis Steel Company, Inc., in the sum of $1,800.00; and, Specialized Haulings, Inc., in the sum of $750.00, the balance of $3,034.00, less poundage, to be returned to the plaintiff and,

**IT FURTHER APPEARING** that defendants Shantran Logistics, Inc. and Victor Bosnich have failed to plead or otherwise defend on the "Plaintiff's Second Claim For Relief" seeking indemnity for any monies paid out pursuant to the aforesaid bond,

**IT IS FURTHER ORDERED** that judgment is entered against these defendants in the sum of $6,996.00; this Court retains jurisdiction over the plaintiff's indemnity claim against defendant McDevitt.

ARTHUR SPIEGEL
United States District Judge

DATE:   March 11, 2004