IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Cincinnati Insurance Company, | : | |
| Plaintiff, | : | |
| | : | Case No. 1:00-cv-965 |
| v. | : | |
| | | Judge Spiegel |
| SHANTRAN LOGISTICS, INC. | : | |
| d/b/a Shan-Tran Logistics, et al., | | Magistrate Judge Black |
| | : | |
| Defendants. | : | |

## NOTICE OF BANKRUPTCY FILING

Please take notice that on July 21, 2004, Defendant Michael A. McDevitt filed a Chapter 13 Bankruptcy in the United States Bankruptcy Court for the Southern District of Ohio, Case No. 04-15786. A copy of the Bankruptcy Notice is attached hereto. The Bankruptcy filing stays this matter as to McDevitt only.

/s/ Jonathan M. Bryan
William H. Woods, Trial Attorney (0006748)
whwoods@mcnamaralaw.us
Jonathan M. Bryan  (0065032)
jmbryan@mcnamaralaw.us
McNamara and McNamara, L.L.P.
88 East Broad Street, Suite 1250
Columbus, Ohio 43215
Phone (614) 228-6131/Fax 228-6126
Counsel for Plaintiff
Cincinnati Insurance Company

**CERTIFICATE OF SERVICE**

       The undersigned certifies that a copy of the foregoing Notice of Bankruptcy Filing was served by regular United States Mail, postage prepaid, on this 25th day of August, 2004, upon the following:

Ronnie A. Phillips, Esq.
Ronnie A. Phillips, Ltd.
P.O. Box 787
Fordyce, AR 71742
*Attorney for KP Carriers, Inc.*

Donald H. Molstad, Esq.
Molstad Law Firm
505 6th Street, Suite 308
Sioux City, IA 51101
*Attorney for Ricky G. Richard f/d/b/a R&M Trucking*

Shantran Logistics, Inc.
d/b/a Shan-Tran Logistics
c/o Mike McDevitt
3392 Hickory Creek Drive
Cincinnati, OH 45244

Goering & Goering
220 West Third Street
Cincinnati, OH 45202
*Attorney for Mike McDevitt*

Victor W. Bosnich
P.O. Box 96101
Houston, TX 77213-6101

T.E.M. Transport, Inc.
c/o Timothy E. Mitchell, Statutory Agent
644 Road 515
Rienzi, MS 38865

Equity Trucking Company
P.O. Box 370
Channelview, TX 77530-0370

TL Express
c/o Triple Lady's Agency, Inc.,
Statutory Agent
26801 Fargo Avenue
Bedford Heights, OH 44146-1338

Sievers Truck Service, Inc.
c/o Herbert C. Sievers,
Statutory Agent
700 South Madison
Staunton, IL 62088

TCT Trucking, Inc.
c/o David Dossett, President
233 West Carr Drive
LaFollette, TN 37766

Clark Companies
P.O. Box 8126, Mitchell Branch
Granite City, IL 62040

Expediter Freight System, Inc.
c/o David Kaufman,
Statutory Agent
581 South Rangeline Road
Carmel, IN 46032

JRC Transportation, Inc.
c/o Raymond M. Cappella,
Statutory Agent
48 Maple Avenue
Thomaston, CT 06787

B-Right Trucking Company
c/o Gregory J. Gibson,
Statutory Agent
945 Boardman Canfield Road #8
Youngstown, OH 44512

R.B.R. Trucking, Inc.
c/o Barbara McArdle,
Statutory Agent
12711 Cortland Lane
Roscoe, IL 61073

Triple LLL, Inc.
c/o Maurice Long, President
1051 North State Road 15
Wabash, IN 46992

Dunlap Trucking, LLC
c/o Mark Weaver,
Statutory Agent
205 East 4th Street
Salem, MO 65560

A & V Trucking of NW Florida, Inc.
P.O. Box 14
Cantonment, FL 32533

DaRan, Inc.
c/o Randall Hanson, CEO
13520 Oakwood Road
Zimmerman, MN 55398

Quick Silver Express, Inc.
c/o Systran Financial Services Corp.
P.O. Box 3289
Portland, OR 97208-3289

H Trucking, Inc.
c/o Richard E. Hansen,
Statutory Agent
96 Curtis Street
Jerseyville, IL 62052-2202

Polo Trucking, Inc.
c/o Lisa K. Polo,
Statutory Agent
RR2, Box 235
Bunker Hill, IL 62014

Frueh Transportation, Inc.
c/o James D. Frueh, President
and Statutory Agent
RR No. 4
Greenville, IL 62246-9804

Fisher Trucking & Lumber Co., Inc.
P.O. Box 840
Rolla, MO 65402

Ellis Steel Company, Inc.
P.O. Box 816
West Point, MS 39773

Transit Services, Inc.
c/o Fred Rahal,
Statutory Agent
502 West Sixth
Tulsa, OK 74119

Specialized Hauling, Inc.
c/o R.P. Sulzbach,
Statutory Agent
5000 South Lewis Boulevard
Sioux City, IA 51106


/s/ Jonathan M. Bryan
Jonathan M. Bryan (0065032)