UNITED STATES BANKRUPTCY COURT     Southern District of Ohio

# Notice of
# Chapter 13 Bankruptcy Case Meeting of Creditors & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on July 21, 2004. Schedules/Plan were filed on July 21, 2004. You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations.

| | |
|---|---|
| Debtor(s) (name(s) and address):<br>MICHAEL A. MCDEVITT<br>JUDITH L. MCDEVITT<br>3392 HICKORY CREEK DRIVE<br>CINCINNATI, OHIO    45244 | Case Number:    04-15786<br>Judge :    JEFFERY P. HOPKINS |
| | Social Security/Taxpayer ID Nos.:<br>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    Plan Payment: $1,900.00<br>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    Unsecured % :    .00 %   Pot Plan |
| Attorney for Debtor(s) (name and address):<br>GOERING & GOERING<br>220 WEST 3RD STREET<br>CINCINNATI, OHIO   45202<br><br>Telephone number: (513) 621-0912 | Bankruptcy Trustee (name and address):<br>MARGARET A BURKS, TRUSTEE<br>36 EAST FOURTH STREET #900<br>CINCINNATI, OHIO   45202<br><br>Telephone number:   (513) 621-4488 |

## Meeting of Creditors

Date: August 30, 2004     Time: 10:30 AM     Location: 36 E. 7th Street, Suite 2050<br>Cincinnati, OH   45202

**OBJECTIONS TO CONFIRMATION AND OBJECTIONS TO VALUATION MUST BE FILED WITH THE COURT WITHIN TEN (10) DAYS AFTER THE 341 MEETING IS CONCLUDED. OBJECTIONS MUST BE SERVED UPON THE CHAPTER 13 TRUSTEE, MARGARET A. BURKS, DEBTOR(S), DEBTOR(S)' COUNSEL, AND THE UNITED STATES TRUSTEE.**

## Tax Refunds

**IF YOU RECEIVE A TAX REFUND WHILE YOUR BANKRUPTCY CASE IS PENDING, YOU MAY KEEP ONLY $800 ($1600 FOR A MARRIED COUPLE FILING JOINTLY). THE BALANCE IF ANY MUST BE TURNED OVER TO THE TRUSTEE UPON RECEIPT BY THE DEBTOR.**

## Deadlines

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit):    November 29, 2004   For a governmental unit:    January 17, 2005

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Filing of Plan, Hearing on Confirmation of Plan**
The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held:
Date: September 28, 2004   Time: 2:00 PM     Location: Room 817, Crtrm #2, Atrium II, 221 E. Fourth St., Cincinnati, OH 45202

## Creditors May Not Take Certain Actions

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, debtor's property, and certain codebtors. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Atrium II, Suite 800<br>221 East Fourth Street<br>Cincinnati, OH   45202<br>Telephone number:   (513) 684-2572 | **For the Court:** |
| | Clerk of the Bankruptcy Court:<br>Michael Webb |
| Hours Open:   9 A.M. to 4 P.M. | Date: August 11, 2004 |